664

*Messrs. John W. Davis* and *William Osgood Morgan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 606. HARDEN ET AL. *v.* BENGUETT CONSOLIDATED MINING CO. ET AL. February 5, 1934. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Louis Titus* and *A. D. Gibbs* for petitioners. *Messrs. James Ross, Clyde Alton DeWitt,* and *Eugene Arthur Perkins* for respondents.

No. 616. CRAWFORD COUNTY TRUST & SAVINGS BANK, TRUSTEE, *v.* CRAWFORD COUNTY, IOWA, ET AL.;

No. 617. FARMERS STATE BANK OF DOW CITY, IOWA, ET AL. *v.* SAME; and

No. 618. CRAWFORD COUNTY TRUST & SAVINGS BANK OF DENNISON, IOWA, *v.* SAME. February 5, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Addison G. Kistle, George S. Wright,* and *L. W. Powers* for petitioners. *Mr. L. H. Salinger* for respondents.

No. 625. WILTSIE *v.* UNITED STATES. February 5, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Thomas H. Remington* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 668. SHUBIN ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Theodore B. Benson* for peti-